Summons in a Civil Action (Rev 11/97)

ORIGINAL
FILED

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

2008 MAR 28 AM 9:55

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNK_____ DEPUTY

Thorsten Kling, individually and on behalf of a class of similarly situated individuals.

vs

VERISIGN, INC., a Delaware corporation; and T-MOBILE USA, INC., a Delaware corporation,

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 0578 L WMc**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

William M. Audet (117456)
Audet & Partners, LLP
221 Main Street, Suite 1460,
San Francisco, CA 94105

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMRICK

MAR 28 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)