AUDET & PARTNERS, LLP
William M. Audet (CA 117456)
waudet@audetlaw.com
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals, | ) ) ) |
| Plaintiff, | ) ) Case No. 08-0578 WMc ) |
| v. | ) ) ) |
| VERISIGN, INC., a Delaware corporation; and T-MOBILE USA, INC., a Delaware corporation, | ) **NOTICE OF RELATED CASES** ) **PURSUANT TO LOCAL RULE** ) **40.1(E)** ) |
| Defendants. | ) ) ) ) ) ) ) |

TO THE CLERK OF THIS COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 40.1(e) of the United States District Court for the Southern District of California, Plaintiff THORSTEN KING, individually and on behalf of a class of similarly situated individuals, hereby gives notice that the above-captioned case is related to *Ford v. Verisign, Inc., et al.*, Case No. 2005CV00819-JM, an earlier filed case pending before Judge Jeffrey T. Miller in Department 16.

1    Local Rule 40.1(e) defines as related actions as those proceedings "on file in this or

2  any other federal or state court" which:

3        (1) Involve some of the same parties and are based on the same or similar claims, or

4        (2) Involve the same property, transactions, or event, or

5        (3) Involve substantially the same facts and the same questions of law.

6        The class of plaintiffs in both this and the earlier filed *Ford* case seek class-wide

7
   recovery of damages, restitution and injunctive relief for fraud, unjust enrichment, unfair
8
   competition, and false and misleading advertising from Defendant Verisign, Inc. (hereinafter
9
   "Verisign"), pertaining to certain billing practices with respect to 'ring-tones' and related
10
11  content.

12        The above-listed actions are based on similar allegations that Verisign's false and

13  misleading advertising caused financial and other harm to a wide class of plaintiffs.   Because

14
   these actions involve similar factual and legal allegations, it is appropriate for a single court
15
   to preside over both actions.  Assignment of these actions to the same judge will conserve
16
17  judicial resources and promote efficient determination of the actions.  Further, if these cases

18  are not determined to be related, it will cause the Court duplicate labor and could result in

19  conflicting rulings.

20                                     Respectfully submitted,

21  Dated:  April 1, 2008              AUDET & PARTNERS, LLP

22
                                       By: /s/ William M. Audet
23
                                       William M. Audet (CA 117456)
24                                     waudet@audetlaw.com
                                       221 Main Street, Suite 1460
25                                     San Francisco, CA 94105
                                       Telephone: 415.568.2555
26                                     Facsimile: 415.568.2556

27                                     *Attorneys for Plaintiff and the Class*

28

**PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT FOR THE**

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 40.1(E)**

**DECLARATION OF WILLIAM M. AUDET IN SUPPORT OF NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 40.1(E)**

**PROOF OF SERVE**

on the parties shown below:

Verisign, Inc.                                    T-Mobile USA, Inc.
c/o Agent of Service of Process                   c/o Agent of Service of Process
CT Corporation System                             CSC Lawyers Incorporating Service
818 West Seventh St.                              2730 Gateway Oaks Dr. Ste 100
Los Angeles, CA 90017                             Sacramento, CA 95833

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☒ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

☐ (BY OVERNIGHT DELIVERY) I am readily familiar with the firm's practice for the processing of documents for delivery services; on this date, the above-referenced documents were placed for collection and delivery following ordinary business practices.

☐ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

☐ (BY E-MAIL) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

☒ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☒ State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 1st day of April, 2008 at San Francisco, California.

Adrienne C. Brennan

— 1 —