RONALD L. JOHNSTON (State Bar No. 057418)
ronald.johnston@aporter.com
JAMES S. BLACKBURN (State Bar No. 169134)
james.blackburn@aporter.com
ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Defendant VeriSign, Inc.

WILLIAM M. AUDET (State Bar No. 117456)
waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Attorney for Plaintiff Thorsten Kling

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VERISIGN, INC., a Delaware corporation, and T-MOBILE USA, INC., a Delaware corporation.<br><br>　　　　　Defendants. | Case No. 08-CV-00578 L-WMc<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT VERISIGN, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Honorable M. James Lorenz |

1  Defendants VeriSign, Inc. ("VeriSign") and plaintiff Thorston Kling ("Plaintiff"), through their respective counsel of record, pursuant to Local Civil Rule 7.2, hereby jointly move the Court for an order extending VeriSign's responsive pleading deadline for a period of sixty (60) days, from April 17, 2008 to June 16, 2008.

Good cause exists for VeriSign and Plaintiff's joint request because the parties are in the process of determining whether this matter could appropriately be coordinated or consolidated with an earlier filed case, *Ford v. VeriSign, Inc., et al.*, Case No. 2005CV00819-JM, which is currently pending before Judge Jeffery T. Miller in Department 16 of this Court as part of MDL 1751, and is currently stayed pending the determination of a writ petition to the United States Supreme Court. Continuing VeriSign's responsive pleading deadline for a period of 60 days will provide the parties and the Court with sufficient time to address the threshold issues of consolidation and case management to ensure that this matter is handled in the most time and cost efficient manner possible.

Dated: April 14, 2008

ARNOLD & PORTER LLP
RONALD L. JOHNSTON
JAMES S. BLACKBURN
ANGEL L. TANG

By: _____/S/_____
ANGEL L. TANG
Attorneys for Defendant
VeriSign, Inc.

Dated: April 14, 2008

AUDET & PARTNERS, LLP
WILLIAM M. AUDET
ADEL A. NADJI

By: _____/S/_____
WILLIAM M. AUDET
Attorneys for Plaintiff
Thorsten Kling

460013

Case 3:08-cv-00578-JM-WMC   Document 5   Filed 04/14/2008   Page 3 of 3

PROOF OF SERVICE

Thorsten Kling v. VeriSign, Inc.

U.S.D.C. Case No. 08-CV-00578 L-WMc

I, Gloria Turner, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On April 14, 2008, by electronic transmission via the ECF System of the United States District Court, Southern District of California, I served the following document described as **JOINT MOTION TO EXTEND TIME FOR DEFENDANT VERISIGN, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

William M. Audet, Esq.
waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA  94105

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on April 14, 2008.

Gloria Turner

#460196

PROOF OF SERVICE