UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals,<br><br>                Plaintiff,<br>v.<br><br>VERISIGN, INC., a Delaware corporation, and T-MOBILE USA, INC., a Delaware corporation.<br><br>                Defendants. | Case No. 08-CV-00578 L-WMc<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT VERISIGN, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[DOC. #5]** |

For good cause shown, this Court hereby grants the parties' Joint Motion to Extend Time For Defendant VeriSign, Inc. to Respond to Plaintiff's Complaint. VeriSign's deadline to respond to Plaintiff's Complaint is hereby continued from April 17, 2008 to June 16, 2008.

Dated: April 14, 2008

                                                                    Honorable M. James Lorenz

COPY TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT VERISIGN, INC. TO RESPOND TO
PLAINTIFF'S COMPLAINT  (Case No. 08-CV-00578 L-WMc )