WILLIAM N. KAMMER [SBN 53848]
wkammer@swsslaw.com
ALISON L. PIVONKA [SBN 156977]
apivonka@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Defendant T-Mobile USA, Inc.

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals,<br><br>           Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a Delaware corporation, and T-MOBILE USA INC., a Delaware corporation,<br><br>           Defendants. | CASE NO. 08-CV-0578 L-WMc<br><br>Assigned to The Hon. M. James Lorenz<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT T-MOBILE USA, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

      Defendant T-Mobile USA, Inc. and Plaintiff Thorsten Kling, through their respective counsel of record, pursuant to Local Civil Rule 7.2, hereby jointly move the Court for an order extending T-Mobile's responsive pleading deadline for a period of sixty (60) days, from April 17, 2008, to June 16, 2008.  This Court has already entered an Order granting Defendant VeriSign's and Plaintiff's joint motion to extend the responsive pleading deadline for VeriSign, and T-Mobile and Plaintiff ask the Court to extend the deadline for T-Mobile's responsive pleading by the same number of days.

      Good cause exists for T-Mobile and Plaintiff's joint request because the parties are in the process of determining whether this matter could appropriately be coordinated or

1  consolidated with an earlier filed case, *Ford v. VeriSign, Inc., et al.*, Case

2  No. 2005CV00819-JM, which is currently pending before Judge Jeffrey T. Miller in

3  Department 16 of this Court as part of MDL 1751, and is currently stayed pending the

4  determination of a writ petition to the United States Supreme Court.  Continuing T-Mobile's

5  responsive pleading deadline for a period of 60 days will provide the parties and the Court

6  with sufficient time to address the threshold issues of consolidation and case management to

7  ensure that this matter is handled in the most time and cost efficient manner possible.

8

9  DATED: April 29, 2008                AUDET & PARTNERS, LLP

10

11                                      By:  */s/William M. Audet*
                                                                                        ___
12                                           WILLIAM M. AUDET
                                             Attorneys for Plaintiff Thorsten Kling
13

14  DATED: April 29, 2008                SOLOMON WARD SEIDENWURM & SMITH, LLP

15

16                                      By:  */s/William N. Kammer*
                                                                                        ___
17                                           WILLIAM N. KAMMER
                                             ALISON L. PIVONKA
18                                           Attorneys for Defendant T-Mobile USA, Inc.

19

20

21

22

23

24

25

26

27

28

JOINT MOTION TO EXTEND TIME FOR DEFENDANT T-MOBILE USA, INC. TO
RESPOND TO PLAINTIFF'S COMPLAINT

1

## CERTIFICATE OF SERVICE

2

I caused **JOINT MOTION TO EXTEND TIME FOR DEFENDANT T-MOBILE, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** to be served in the following manner:

3

Electronic Mail Notice List

4

The following are those who are currently on the list to receive e-mail notices for this case.

5

| | |
|---|---|
| RONALD L. JOHNSTON | ronald.johnston.@aporter.com |
| JAMES S. BLACKBURN | james.blackburn@aporter.com |
| ANGEL L. TANG | angel.tang@aporter.com |
| WILLIAM M. AUDET | waudet@audetlaw.com |

6

7

8

Manual Notice List

9

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

10

11

NONE

12

13

/s/ William N. Kammer
William N. Kammer

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION TO EXTEND TIME FOR DEFENDANT T-MOBILE USA, INC. TO
RESPOND TO PLAINTIFF'S COMPLAINT