UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals,<br><br>                Plaintiff,<br><br>v.<br><br>VERISIGN, INC.; T-MOBILE USA, INC.,<br><br>                Defendants. | Civil No. 08cv578 L(WMc)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT T-MOBILE USA, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT [doc. #7]** |

Good cause appearing, the parties' joint motion to extend time to respond to the complaint is **GRANTED**. Defendant T-Mobile USA, Inc. shall have up to and including June 16, 2008 in which to respond to plaintiff's complaint.

**IT IS SO ORDERED.**

DATED: May 5, 2008

                                                  M. James Lorenz<br>
                                                  United States District Court Judge

COPY TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL