| | |
|---|---|
| 1 | RONALD L. JOHNSTON (State Bar No. 057418) |
|   | ronald.johnston@aporter.com |
| 2 | JAMES S. BLACKBURN (State Bar No. 169134) |
|   | james.blackburn@aporter.com |
| 3 | ANGEL L. TANG (State Bar No. 205396) |
|   | angel.tang@aporter.com |
| 4 | ARNOLD & PORTER LLP |
|   | 777 South Figueroa Street, 44th Floor |
| 5 | Los Angeles, California 90017-5844 |
|   | Telephone: (213) 243-4000 |
| 6 | Facsimile: (213) 243-4199 |
| 7 | Attorneys for Defendant VeriSign, Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals, | Case No. 08-CV-00578 L-WMc |
| Plaintiff, | **NOTICE OF CHANGE TO ELECTRONIC SERVICE LIST** |
| v. | |
| VERISIGN, INC., a Delaware corporation, and T-MOBILE USA, INC., a Delaware corporation. | Judge: Honorable M. James Lorenz |
| Defendants. | |

462877

---

NOTICE OF CHANGE TO ELECTRONIC SERVICE LIST
(Case No. 08-CV-00578 L-WMc)

PLEASE TAKE NOTICE that Arnold & Porter LLP represents Defendant VeriSign, Inc. in the above captioned matter ("VeriSign"). Currently, James S. Blackburn and Gloria Turner are designated to receive notices of electronic filings on behalf of VeriSign. Mr. Blackburn and Ms. Turner, however, wish to be removed from the electronic service list. Going forward, service of all pleadings, notices, orders and other papers relating to this matter, shall be directed to:

> Angel L. Tang, Esq.
> Arnold & Porter LLP
> 777 S. Figueroa Street, 44th Floor
> Los Angeles, California 90017
> Telephone: 213-243-4000
> Facsimile: 213-243-4199
> Email Address: Angel.Tang@aporter.com

Dated: May 6, 2008

ARNOLD & PORTER LLP
RONALD L. JOHNSTON
JAMES S. BLACKBURN
ANGEL L. TANG

By: _____/S/_____
ANGEL L. TANG
Attorneys for Defendant
VeriSign, Inc.

462877

- 1 -

# PROOF OF SERVICE

### Thorsten Kling v. VeriSign, Inc.

### U.S.D.C. Case No. 08-CV-00578 L-WMc

I, Lorraine Danielson, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On May 6, 2008, by electronic transmission via the ECF System of the United States District Court, Southern District of California, I served the following document described as **NOTICE OF CHANGE TO ELECTRONIC SERVICE LIST** on the interested party in this action as follows:

William M. Audet, Esq.
waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on May 6, 2008.

*[signature]*
Lorraine Danielson

460240