1  RONALD L. JOHNSTON (State Bar No. 057418)
   ronald.johnston@aporter.com
2  JAMES S. BLACKBURN (State Bar No. 169134)
   james.blackburn@aporter.com
3  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
4  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
5  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
6  Facsimile:  (213) 243-4199

7  Attorneys for Defendant VeriSign, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals,<br><br>  Plaintiff,<br><br>  v.<br><br>VERISIGN, INC., a Delaware corporation, and T-MOBILE USA, INC., a Delaware corporation.<br><br>  Defendants. | Case No. 08-CV-00578 L-WMc<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:  Honorable M. James Lorenz |

463210

NOTICE OF APPEARANCE
(Case No. 08-CV-00578 L-WMc)

1  Please take notice that Arnold & Porter LLP represents Defendant VeriSign, Inc. in the above captioned matter ("VeriSign"). Currently, James S. Blackburn is designated to receive notices of electronic filings on behalf of VeriSign. Mr. Blackburn, however, wishes to be removed from the electronic service list. Accordingly, the following attorney will replace Mr. Blackburn to receive service of all pleadings, notices, orders and other papers relating to this matter.

> Angel L. Tang, Esq.
> Arnold & Porter LLP
> 777 S. Figueroa Street, 44th Floor
> Los Angeles, California 90017
> Telephone: 213-243-4000
> Facsimile: 213-243-4199
> Email Address: Angel.Tang@aporter.com

Dated: May 14, 2008

ARNOLD & PORTER LLP
RONALD L. JOHNSTON
JAMES S. BLACKBURN
ANGEL L. TANG


By:  s/Angel L. Tang
     Attorneys for Defendant
     VeriSign, Inc.
       Email: angel.tang@aporter.com

- 1 -

NOTICE OF APPEARANCE
(Case No. 08-CV-00578 L-WMc)

## PROOF OF SERVICE

### Thorsten Kling v. VeriSign, Inc.

### U.S.D.C. Case No. 08-CV-00578 L-WMc

I, Lorraine Danielson, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On May 14, 2008, by electronic transmission via the ECF System of the United States District Court, Southern District of California, I served the following document described as **NOTICE OF APPEARANCE** on the interested party in this action as follows:

William M. Audet, Esq.
waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA  94105

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on May 14, 2008.

_Lorraine Danielson_
Lorraine Danielson

460240

PROOF OF SERVICE