1  WILLIAM N. KAMMER [SBN 53848]
   wkammer@swsslaw.com
2  ALISON L. PIVONKA [SBN 156977]
   apivonka@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   Telephone: (619) 231-0303
5  Facsimile: (619) 231-4755

6  Attorneys for Defendant T-Mobile USA, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a Delaware corporation, and T-MOBILE USA INC., a Delaware corporation,<br><br>        Defendants. | CASE NO. 08-CV-0578 L-WMc<br><br>Assigned to The Hon. M. James Lorenz<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT T-MOBILE USA, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

   Defendant T-Mobile USA, Inc. and Plaintiff Thorsten Kling, through their respective counsel of record, pursuant to Local Civil Rule 7.2, hereby jointly move the Court for an order further extending T-Mobile's responsive pleading deadline for a period of fourteen (14) days, from June 16, 2008 to and including July 14, 2008.

   Good cause exists for T-Mobile and Plaintiff's joint request because the parties are in the process of determining whether this matter could appropriately be coordinated or consolidated with an earlier filed case, *Ford v. VeriSign, Inc., et al.*, Case No. 2005CV00819-JM, which is currently pending before Judge Jeffrey T. Miller in Department 16 of this Court as part of MDL 1751 ("the MDL").

   On June 2, 2008, after the parties to this action submitted their joint motion to this

court for an initial extension of time for T-Mobile to respond to the complaint, Judge Miller ordered the plaintiffs in the MDL to submit a consolidated complaint no later than July 1, 2008. Continuing T-Mobile's responsive pleading deadline for an additional period of four weeks from the present deadline will provide the parties and the Court with sufficient time to conduct an analysis of the amended and consolidated complaint in the MDL, and complete their evaluation of the threshold issues of consolidation and case management to ensure that this matter is handled in the most time and cost efficient manner possible.

DATED: June 12, 2008                    AUDET & PARTNERS, LLP


                                        By:  /s/William M. Audet
                                             WILLIAM M. AUDET
                                             Attorneys for Plaintiff Thorsten Kling

DATED: June 12, 2008                    SOLOMON WARD SEIDENWURM & SMITH, LLP


                                        By:  /s/William N. Kammer
                                             WILLIAM N. KAMMER
                                             ALISON L. PIVONKA
                                             Attorneys for Defendant T-Mobile USA, Inc.

**CERTIFICATE OF SERVICE**

On June 12, 2008, I caused the **JOINT MOTION TO EXTEND TIME FOR DEFENDANT T-MOBILE, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** to be served in the following manner:

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

| | |
|---|---|
| RONALD L. JOHNSTON | ronald.johnston.@aporter.com |
| JAMES S. BLACKBURN | james.blackburn@aporter.com |
| ANGEL L. TANG | angel.tang@aporter.com |
| WILLIAM M. AUDET | waudet@audetlaw.com |

Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

NONE

/s/ William N. Kammer
William N. Kammer