RONALD L. JOHNSTON (State Bar No. 057418)
ronald.johnston@aporter.com
JAMES S. BLACKBURN (State Bar No. 169134)
james.blackburn@aporter.com
ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Defendant VeriSign, Inc.

WILLIAM M. AUDET (State Bar No. 117456)
waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Attorney for Plaintiff Thorsten Kling

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a Delaware corporation, and T-MOBILE USA, INC., a Delaware corporation.<br><br>    Defendants. | Case No. 08-CV-00578 L-WMc<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT VERISIGN, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Honorable M. James Lorenz |

Defendant VeriSign, Inc. ("VeriSign") and Plaintiff Thorsten Kling ("Plaintiff"), through their respective counsel of record, pursuant to Local Civil Rule 7.2, hereby jointly move the Court for an order extending VeriSign's responsive pleading deadline for a period of sixty (60) days, from June 16, 2008 to and including August 15, 2008.

Good cause exists for VeriSign and Plaintiff's joint request because the parties are in the process of determining whether this matter could appropriately be coordinated with an earlier filed case, *Ford v. VeriSign, Inc., et al.*, Case No. 2005CV00819-JM, which is currently pending before Judge Jeffery T. Miller in Department 16 of this Court as part of MDL 1751 (the "MDL").

On June 2, 2008, after the parties to this action submitted their joint motion to this Court for an initial extension of time for VeriSign to respond to the Complaint, Judge Miller ordered the plaintiffs in the MDL to submit a coordinated complaint no later than July 1, 2008. Continuing VeriSign's responsive pleading deadline for an additional period of sixty days from the present deadline will provide sufficient time for evaluation of these issues.

Dated: June 12, 2008

ARNOLD & PORTER LLP
RONALD L. JOHNSTON
JAMES S. BLACKBURN
ANGEL L. TANG

By: s/Angel L. Tang
ANGEL L. TANG
Attorneys for Defendant
VeriSign, Inc.
E-mail: angel.tang@aporter.com

Dated: June 12, 2008

AUDET & PARTNERS, LLP
WILLIAM M. AUDET
ADEL A. NADJI

By: s/William M. Audet
WILLIAM M. AUDET
Attorneys for Plaintiff
Thorsten Kling
E-mail: waudet@audetlaw.com

487159

- 1 -

## PROOF OF SERVICE

### Thorsten Kling v. VeriSign, Inc.

### U.S.D.C. Case No. 08-CV-00578 L-WMc

I, Lorraine Danielson, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On June 12, 2008, by electronic transmission via the ECF System of the United States District Court, Southern District of California, I served the following document described as **JOINT MOTION TO EXTEND TIME FOR DEFENDANT VERISIGN, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** on the interested party in this action as follows:

William M. Audet, Esq.
waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on June 12, 2008.

_____
Lorraine Danielson