1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11   THORSTEN KLING, individually and on     )   Civil No. 08cv578 L(WMc)
     behalf of a class of similarly situated  )
12   individuals,                            )   **ORDER GRANTING JOINT**
                                             )   **MOTION TO EXTEND TIME FOR**
13                            Plaintiff,      )   **DEFENDANT T-MOBILE USA, INC.**
                                             )   **TO RESPOND TO PLAINTIFF'S**
14   v.                                      )   **COMPLAINT [doc. #11]**
                                             )
15   VERISIGN, INC.; T-MOBILE USA,           )
     INC.,                                   )
16                                           )
                              Defendants.
17

18          Good cause appearing, the parties' joint motion to extend time to respond to the

19   complaint is **GRANTED**.  Defendant T-Mobile USA, Inc. shall have up to and including July

20   14, 2008 in which to respond to plaintiff's complaint.

21          **IT IS SO ORDERED.**

22   DATED:  June 12, 2008

23                                          _M. James Lorenz_____

24                                          M. James Lorenz
                                            United States District Court Judge
25   COPY TO:

26   HON. WILLIAM McCURINE, JR.
     UNITED STATES MAGISTRATE JUDGE
27

28   ALL PARTIES/COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28