```
 1  WILLIAM N. KAMMER [SBN 53848]
    wkammer@swsslaw.com
 2  ALISON L. PIVONKA [SBN 156977]
    apivonka@swsslaw.com
 3  SOLOMON WARD SEIDENWURM & SMITH, LLP
    401 B Street, Suite 1200
 4  San Diego, California 92101
    Telephone: (619) 231-0303
 5  Facsimile: (619) 231-4755

 6  JAMES C. GRANT [Pro Hac Vice Application Pending]
    jamesgrant@dwt.com
 7  CASSANDRA L. KINKEAD [Pro Hac Vice Application Pending]
    cassandrakinkead@dwt.com
 8  DAVIS WRIGHT TREMAINE LLP
    1201 Third Avenue, Suite 2200
 9  Seattle, Washington  98101
    Telephone:  (206) 622-3150
10  Facsimile:  (206) 757-7700

11  Attorneys for Defendant T-MOBILE USA, INC.

12
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals, | CASE NO. 08-CV-0578 L-WMc |
|---|---|
| | Assigned to The Hon. M. James Lorenz |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT T-MOBILE USA, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT TO AUGUST 15, 2008** |
| v. | |
| VERISIGN, INC., a Delaware corporation, and T-MOBILE USA INC., a Delaware corporation, | |
| Defendants. | |

Defendant T-Mobile USA, Inc. and Plaintiff Thorsten Kling, through their respective counsel of record, hereby stipulate to extend T-Mobile's responsive pleading deadline from July 14, 2008, to August 15, 2008. Plaintiff and this Court have already extended Defendant Verisign's deadline for answering or otherwise responding to the complaint to August 15, 2008, and T-Mobile seeks an extension to the same date.

The parties are in the process of determining whether this matter could appropriately be coordinated or consolidated with an earlier filed case, Ford v. VeriSign, Inc., et al., Case No. 2005CV00819-JM, which is currently pending before Judge Jeffrey T. Miller in Department 16 of this Court as part of MDL 1751. Continuing T-Mobile's responsive pleading deadline to August 15, 2008 will provide the parties and the Court with sufficient time to address the threshold issues of consolidation and case management to ensure that this matter is handled in the most time and cost efficient manner possible.

DATED: July 14, 2008                AUDET & PARTNERS, LLP


By: /s/William M. Audet
    William M. Audet
    Attorneys for Plaintiff THORSTEN KLING


DATED: July 14, 2008                SOLOMON WARD SEIDENWURM & SMITH, LLP


By: /s/ William N. Kammer
    Alison L. Pivonka
    William N. Kammer

    DAVIS WRIGHT TREMAINE LLP
    James C. Grant, Esq. (pro hac vice application pending)

    Cassandra L. Kinkead, Esq. (pro hac vice application pending)

    Attorneys for Defendant T-MOBILE USA, INC.

# CERTIFICATE OF SERVICE

I caused **STIPULATION TO EXTEND TIME FOR DEFENDANT T-MOBILE USA, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT TO AUGUST 15, 2008** to be served in the following manner:

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

| | |
|---|---|
| RONALD L. JOHNSTON | Ronald.johnston.@aporter.com |
| JAMES S. BLACKBURN | james.blackburn@aporter.com |
| ANGEL L. TANG | angel.tang@aporter.com |
| WILLIAM M. AUDET | waudet@audetlaw.com |

### Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

NONE

/s/ William N. Kammer
William N. Kammer