# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a Delaware corporation, and T-MOBILE USA INC., a Delaware corporation,<br><br>    Defendants. | CASE NO. 08-CV-0578 L-WMc<br><br>**ORDER GRANTING THIRD JOINT MOTION TO EXTEND TIME FOR DEFENDANT T-MOBILE USA, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT [doc. #17]** |

Good cause appearing, the parties' third joint motion to extend time for defendant T-Mobile USA, Inc. to respond to plaintiff's complaint is **GRANTED**. Defendant T-Mobile USA, Inc.'s time to respond to Plaintiff's Complaint shall be extended to and include August 15, 2008. No additional extensions shall be granted.

**IT IS SO ORDERED.**

DATED: July 15, 2008

                                                  M. James Lorenz
                                                  United States District Judge

COPY TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL