# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>VERISIGN, INC.; T-MOBILE USA, INC.,<br><br>　　　　　　　Defendants. | Civil No. 08cv578 L(WMc)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE TRANSFERRED OR CONSOLIDATED** |

The parties have agreed to extensions of time for defendants to answer or otherwise respond to the complaint. In each of the three joint motions [doc. nos. 11, 12, 17], the parties stated that they were in the process of determining whether the above-captioned case could appropriately be coordinated or consolidated with an earlier filed case, *Ford v. VeriSign, Inc.,* 05cv819-JM (CAB), which is part of MDL case no. 1751. The Court has not been advised whether this case should be transferred to under the low number rule of this district and/or be consolidated with the *Ford* case. Based on the foregoing, **IT IS ORDERED** that the parties

/ / /

/ / /

/ / /

/ / /

shall jointly prepare and file a statement of cause why this action should not be transferred to or consolidated with *Ford v. VeriSign, Inc.,* 05cv819-JM (CAB).   The statement shall be filed not later than **August 15, 2008.**

     **IT IS SO ORDERED.**

DATED:  August 12, 2008

                                             M. James Lorenz
                                             United States District Court Judge

COPY TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL