1 | WILLIAM N. KAMMER [SBN 53848]
wkammer@swsslaw.com
2 | ALISON L. PIVONKA [SBN 156977]
apivonka@swsslaw.com
3 | SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
4 | San Diego, California 92101
Telephone: (619) 231-0303
5 | Facsimile: (619) 231-4755

6 | JAMES C. GRANT [Admitted Pro Hac Vice]
jamesgrant@dwt.com
7 | CASSANDRA L. KINKEAD [Admitted Pro Hac Vice]
cassandrakinkead@dwt.com
8 | DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
9 | Seattle, Washington 98101
Telephone: (206) 622-3150
10 | Facsimile: (206) 757-7700

11 | Attorneys for Defendant T-Mobile USA, Inc.

12

13

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals, | CASE NO. 08-CV-0578 L-WMc |
| | Assigned to The Hon. M. James Lorenz |
| Plaintiff, | **JOINT MOTION RE TRANSFERRING CASE TO JUDGE MILLER** |
| v. | |
| VERISIGN, INC., a Delaware corporation, and T-MOBILE USA INC., a Delaware corporation, | |
| Defendants. | |

The parties, by and through their undersigned counsel of record, hereby stipulate as follows:

1.     On August 13, 2008, this Court issued an Order to Show Cause Why This Action Should Not Be Transferred or Consolidated (Dkt. No. 19), directing the parties to file a joint statement regarding whether this action should be transferred to or consolidated with

1  *In re Jamster Marketing Litigation*, MDL No. 1751, Master File No. 05cv819-JM (CAB),

2  which is pending before Judge Miller of this Court.  The parties have conferred and hereby

3  submit this joint motion and a proposed order in response to the Court's Show Cause Order.

4        2.      The parties jointly request that this action be transferred to the Honorable

5  Jeffrey T. Miller of this Court.

6        3.      The parties do not request that this action be consolidated as part of *In re*

7  *Jamster* MDL proceedings at this time.  In the MDL, the plaintiffs have filed a coordinated

8  complaint combining the claims of all the underlying actions, and the Court has set a

9  briefing schedule to allow defendants to challenge the complaint.  Defendants have filed

10  five motions to dismiss or strike the coordinated complaint on various grounds.  In addition,

11  Defendant T-Mobile has indicated that it will move to compel arbitration of Plaintiff

12  Thorsten Kling's claims in this action.  So as not to further complicate the ongoing motions

13  practice, the parties agree that a determination of whether this action should be consolidated

14  into the MDL should await Judge Miller's decision on the pending motions to dismiss or

15  strike in the *In re Jamster* MDL.

16        4.      In an Order dated June 16, 2008 (Dkt. No. 14), the Court allowed Defendant

17  VeriSign until August 15, 2008, to respond to Plaintiff's Complaint in this action.  The Court

18  granted a similar extension to Defendant T-Mobile in a separate Order, dated July 15, 2008

19  (Dkt. No. 18), also setting August 15, 2008, as the deadline for T-Mobile to respond to the

20  Complaint.

21        5.      As noted, T-Mobile plans to file a motion to compel arbitration of Kling's

22  claims, also requesting that Plaintiff's action in this Court be stayed or dismissed, and

23  VeriSign plans to join in that motion.  In the *In re Jamster* MDL proceeding, T-Mobile and

24  AT&T Mobility have filed motions to compel arbitration regarding the claims of six other

25  plaintiffs.  In the interests of judicial economy, the parties jointly propose that the upcoming

26  motion to compel arbitration in this action should be set for briefing and argument before

27  Judge Miller on a schedule that is coordinated with the pending arbitration motions in the

28  MDL, which are set for hearing on November 6, 2008.

6.    Accordingly, the parties request that the Court strike the deadlines set in its Orders of June 16 and July 15, 2008, instead allowing Judge Miller to set a briefing schedule on T-Mobile's motion to compel arbitration. If this action is transferred, the parties will request that Judge Miller set a briefing schedule for T-Mobile's motion as follows: T-Mobile's motion would be filed by October 3, plaintiff's response would be due October 17, T-Mobile's reply would be due October 24, and the motion would be heard on November 6.

DATED:  August 14, 2008                     AUDET & PARTNERS, LLP


                                            By:/s/William M. Audet
                                            William M. Audet
                                            Attorneys for Plaintiff THORSTEN KLING

DATED:  August 14, 2008                     ARNOLD & PORTER, LLP


                                            By:/s/Sean Morris
                                            Sean Morris
                                            Attorneys for Defendant VeriSign

DATED:  August 14, 2008                     SOLOMON WARD SEIDENWURM & SMITH, LLP


                                            By:/s/ William N. Kammer
                                            Alison L. Pivonka
                                            William N. Kammer

                                            DAVIS WRIGHT TREMAINE LLP
                                            James C. Grant, Esq. (admitted pro hac vice)
                                            Cassandra L. Kinkead, Esq. (admitted pro hac vice)

1

## CERTIFICATE OF SERVICE (08-CV-00578 L (WMc)

2

On August 14, 2008, I caused the **JOINT MOTION RE TRANSFERRING CASE TO JUDGE MILLER** to be served in the following manner:

3

4

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

5

| ANGEL L. TANG | angel.tang@aporter.com |
| WILLIAM M. AUDET | waudet@audetlaw.com |

6

7

### Manual Notice List

8

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

9

10

NONE

11

/s/ William N. Kammer

12

William N. Kammer

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28