1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  THORSTEN KLING, individually and on<br>    behalf of a class of similarly situated<br>12  individuals, | ) Civil No. 08cv578 L(WMc)<br>) |
| 13                        Plaintiff, | ) **ORDER GRANTING JOINT**<br>) **MOTION TO TRANSFER CASE**<br>) [doc. #20] |
| 14  v. | ) |
| 15  VERISIGN, INC.; T-MOBILE USA,<br>    INC., | ) |
| 16 | ) |
| 17                        Defendants. | ) |

18          Good cause appearing, the parties' joint motion to transfer this action to the Hon. Jeffrey

19  T. Miller is **GRANTED.**  After this transfer, the case number should be changed to reflect Judge

20  Miller's initials, *i.e.*, in the case numbers, the "L" that appears after the case number should be

21  changed to "JM."  The magistrate judge will remain the same.

22          **IT IS SO ORDERED.**

23  DATED:  August 14, 2008

24                                        _____
                                          M. James Lorenz
25                                        United States District Court Judge

26  COPY TO:

27  HON. WILLIAM McCURINE, JR.
    UNITED STATES MAGISTRATE JUDGE
28  ALL PARTIES/COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

08cv578