WILLIAM N. KAMMER [SBN 53848]
wkammer@swsslaw.com
ALISON L. PIVONKA [SBN 156977]
apivonka@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

JAMES C. GRANT [*Admitted Pro Hac Vice*]
jamesgrant@dwt.com
CASSANDRA L. KINKEAD [*Admitted Pro Hac Vice*]
cassandrakinkead@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

Attorneys for Defendant T-MOBILE USA, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a Delaware corporation, and T-MOBILE USA INC., a Delaware corporation,<br><br>Defendants. | No. 08-CV-0578 JM-WMc<br><br>Assigned to The Hon. Jeffrey T. Miller<br><br>**JOINT MOTION TO SET BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION AND DISMISS** |

The parties, by and through their undersigned counsel of record, hereby stipulate as follows:

1.  On August 14, 2008, Judge Lorenz granted the parties' Joint Motion re: Transferring Case to Judge Miller (the "Joint Transfer Motion").

2. In the Joint Transfer Motion, the parties asked that the August 15, 2008, deadline for Defendants to respond to Plaintiff's Complaint be vacated. Defendant T-Mobile intends to file a motion to compel arbitration and dismiss, and Defendant VeriSign plans to join in that motion. The parties asked that the deadline to respond to the Complaint be vacated so that Judge Miller could set a briefing schedule on that motion. Such deadline should be reset after the arbitration motion is decided.

3. In the *In re Jamster Marketing Litigation*, MDL No. 1751, Master File No. 05cv819-JM(CAB), T-Mobile and AT&T Mobility have filed motions to compel arbitration regarding the claims of six other plaintiffs. In the interests of judicial economy, the parties jointly propose that the upcoming motion to compel arbitration in this action should be set for briefing and argument on a schedule that is coordinated with the pending arbitration motions in the MDL, which are set for hearing on November 6, 2008. Specifically, the parties request that the Court set a briefing schedule for T-Mobile's motion as follows: T-Mobile's motion would be filed by September 19, Plaintiff's response would be due October 10, T-Mobile's reply would be due October 24, and the motion would be heard on November 6.

4. The parties do not request that this action be consolidated as part of *In re Jamster* MDL proceedings at this time. In the MDL, the plaintiffs have filed a coordinated complaint combining the claims of all the underlying actions, and the Court has set a briefing schedule to allow defendants to challenge the complaint. Defendants have filed five motions to dismiss or strike the coordinated complaint on various grounds. So as not to further complicate the ongoing motions practice, the parties agree that a determination of whether this action should be consolidated into the MDL should await decision on the pending motions to dismiss or strike in the *In re Jamster* MDL.

Respectfully submitted this 15th day of August, 2008.

DATED: August 15, 2008                         AUDET & PARTNERS, LLP


By:  /s/ William M. Audet
     William M. Audet
     Attorneys for Plaintiff THORSTEN KLING


DATED: August 15, 2008                         ARNOLD & PORTER, LLP


By:  /s/ Sean Morris
     Sean Morris
     Attorneys for Defendant VeriSign


DATED: August 15, 2008                         SOLOMON WARD SEIDENWURM & SMITH, LLP


By:  /s/ William N. Kammer
     William N. Kammer
     Alison L. Pivonka

     DAVIS WRIGHT TREMAINE LLP
     James C. Grant, Esq. (admitted *pro hac vice*)
     Cassandra L. Kinkead, Esq. (admitted *pro hac vice*)

     Attorneys for Defendant T-MOBILE USA, INC.

<u>CERTIFICATE OF SERVICE</u> (08-CV-0578-JM-WMc)

On August 15, 2008, I caused the **JOINT MOTION TO SET BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION AND DISMISS** to be served in the following manner:

<u>Electronic Mail Notice List</u>

The following are those who are currently on the list to receive e-mail notices for this case.

| | |
|---|---|
| ANGEL L. TANG | angel.tang@aporter.com |
| WILLIAM M. AUDET | waudet@audetlaw.com |

<u>Manual Notice List</u>

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

NONE

/s/ *William N. Kammer*
William N. Kammer