# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN KLING, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a Delaware corporation, and T-MOBILE USA INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 08-CV-0578 JM-WMc<br><br>Assigned to The Hon. Jeffrey T. Miller<br><br>**ORDER SETTING BRIEFING SCHEDULE and HEARING ON MOTION TO COMPEL ARBITRATION and DISMISS** |

## **ORDER**

Having considered the parties' foregoing joint motion, and having found good cause exists to set the requested briefing schedule;

IT IS HEREBY ORDERED:

1. T-Mobile's Motion to Compel Arbitration and Dismiss will be filed by September 19, Plaintiff's response will be due October 10, T-Mobile's reply will be due October 24, and the motion will be heard on November 6, 2008 at 1:30 p.m.

2. All other deadlines in this case, including the deadlines for answering or otherwise responding to Plaintiff's Complaint, are hereby stricken pending a determination of the Motion to Compel Arbitration and Dismiss.

DATED: September 8, 2008

_____
Jeffrey T. Miller
UNITED STATES DISTRICT JUDGE